UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| DAVID SANCHEZ-DOMINGUEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. YUP, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:24-cv-00425-ART-CSD<br><br>**ORDER** |

*Pro se* Plaintiff David Sanchez-Dominguez filed this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he alleges he suffered while confined at Lovelock Correctional Center ("LCC"). (ECF No. 5.) On June 5, 2025, the Court issued an order screening the complaint, finding that Plaintiff stated colorable claims, staying the case for 90 days, and referring the case to the Court's Inmate Early Mediation Program. (ECF No. 4.) At that time, the Court deferred ruling on Plaintiff's requests for assistance at mediation from an interpreter and an inmate legal helper so that Interested Party NDOC would have an opportunity to respond. (*Id.* at 10.) The NDOC has filed a response (ECF No. 7), and Plaintiff filed a reply. (ECF No. 8.) The Court now addresses Plaintiff's requests.

　　　Plaintiff asks for permission to receive assistance at mediation from a Spanish language interpreter and from inmate legal helper Willie Ray Lewis, #91716. (*See* ECF No. 3.) The NDOC does not oppose Plaintiff's request for assistance from an interpreter, though it does oppose his request for assistance from another inmate. (*See* ECF No. 7.) The NDOC argues that Plaintiff does not have a right to legal assistance from another inmate, that the room at LCC where the mediation will occur via video conference is not equipped or staffed to accommodate two inmates at the same time, and that allowing Plaintiff and Lewis to access one another in person would violate prison regulations prohibiting the comingling of inmates housed in different units. (*Id.* at 3.)

Plaintiff's request for assistance from a Spanish language interpreter is granted, and the Court will arrange for an interpreter to assist Plaintiff at the mediation conference. Plaintiff does not need to take any further action with regard to the interpreter at this time.

Plaintiff's request for assistance from an inmate legal helper, however, is denied. The NDOC raises legitimate concerns about permitting another inmate to assist Plaintiff during the mediation, and Plaintiff has not shown that a non-attorney inmate helper would provide any accommodation to which he is entitled that is not already being provided by an interpreter.

It is therefore ordered that Plaintiff's request for assistance at mediation from a Spanish language interpreter is **granted**.

It is further ordered that Plaintiff's request for assistance at mediation from an inmate legal helper is **denied**.

DATED: July 23, 2025.

_____
UNITED STATES MAGISTRATE JUDGE